ACCEPTED
14-15-00709-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 4:43:33 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00709-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 4:43:33 PM
CHRISTOPHER A. PRINE
Clerk

IN THE MATTER OF A.F., Appellant

A.F., Appellant

v.

THE STATE OF TEXAS,
Appellee

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-03135J

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL PURSUANT TO TRAP 26.3

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

A.F., appellant, moves the Court to extend the time to file his notice of appeal pursuant to TRAP 26.3 and in support thereof respectfully shows:

1. The final judgment was signed on May 6, 2015 and appellant's notice of appeal was due on August 4, 2015. It was filed on August 19, 2015.

2. Appellant failed to timely file his notice of appeal due to the following facts and circumstances:

a. Appellant's counsel was out of the country from July 24, 2015 through August 11, 2015. In the week prior to leaving, he represented the child at trial in a parental termination case styled: *In re: B.C.* and numbered 2014-04220J; in the 315th District Court of Harris County, Texas. He also prepared and filed the appellant's reply brief in an accelerated appeal numbered 01-15-00258-CV and styled: *In re M.M.Y-P., Child.*

b. The week after returning counsel prepared and filed on August 17, 2015 the appellant's original brief in appeal no. 01-15-00525-CV; styled: *In re: J.M.* He also represented a juvenile respondent adjudicated for the felony offense of aggravated assault on a family member in a contested disposition hearing held on August 13, 2015 in no. 2014-02392J; styled: *In the Matter of D.M.*; in the 315th District Court of Harris County, Texas. Finally, during that week counsel also appeared in approximately ten district and county court non-trial setting.

3. Counsel's failure to timely file the notice of appeal was not due to conscious indifference or neglect but rather was inadvertent due to his summer vacation and workload. This extension is sought so that the ends of justice may be served.

WHEREFORE, A.F., appellant, prays that pursuant to TRAP 26.3, this Honorable Court extend the time to file his notice of appeal to August 19, 2015.

Respectfully submitted,

/s/ william m thursland

William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX 77002
Email: wmthursland@hotmail.com
Tel.: (713) 655-0200 x 105;
Fax: (713) 655-9035

Attorney for Appellant A.F.

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that Appellee's counsel, Alan Curry, is unopposed to this motion.

/s/ william m thursland

William M. Thursland

## CERTIFICATE OF SERVICE

I certify that on September 18, 2015 a true and correct copy of the foregoing pleading was served on Alan Curry by fax to (713) 755-5809.

/s/ william m thursland

William M. Thursland